# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANITA L. TONEY

NO. 2020 KW 0227

**MAY 26, 2020**

---

In Re:    Ranita L. Toney, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          584814.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DENIED.**

                    **PMc**
                    **JEW**
                    **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
      FOR THE COURT